7-23cv-053-O

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY 23 2023
CLERK, U.S. DISTRICT COURT
By_____ Deputy

Honorable Judge:                                    5-17-23

My name is Jeremy Jace Smith an inmate at Clay County jail in Henrietta, TX. I'm writing to file a civil suit against Clay County jail staff. The defendants in the suit are Jeffrey C. Lyde (which is the old sheriff) also on Daryl L. Bonnin which is the jail Administrator & trainer & also on the new sheriff (sheriff Horton). When Jeff Lyde was sheriff he used oppression on me. I had 3 warrants from Wise County that were supposed to be 3 diff cash bonds for $332 each & Jeff Lyde came in as just sheriff and set all 3 bonds at 2000 apiece. This was in Oct/Nov 2021. Also Neglect back in May of 2022 I was neglected the right to go to the ER while having alcohol withdrawls & denied to go to the doctor numerous times & given the wrong medications. I'm filing the suit on Daryl Bonnin & sheriff Horton for Neglect & Retaliation. They let me run out of 7 different medications & refused to get them filled for weeks. I asked numerous times for Doctors appointments to go to the ER & they declined. I was out of morning diabetes medicine, morning blood pressure medicine, pain meds, muscle relaxers, night time blood pressure meds, night time diabetes meds, & my acid Reflux medicine. I feel they were retaliating against me because I have a civil suit against one of their deputies for excessive force. Finally after being out of my medications for so long I had to be taken to the ER on 4-27-23 because my blood pressure was so high. The night before my blood sugar hit 350.

I had been throwing up + having diarrhea for about 2 weeks because they refused to get my acid reflux meds. It took my blood pressure getting to 179/129 + my resting heart rate getting to 123 before they finally took me to Clay County Memorial Hospital + they got my blood pressure under control with meds + they finally refilled my meds. I feel this was all done in Retaliation + they neglected me for weeks. So therefore I would like to file a civil suit against Jeffrey C. Lyde, Daryl L. Bonnin + Sheriff Horton. I was also out of my Pysc meds for 3 weeks.

Thank you for your time + Consideration.

Jeremy Smith.

Jeremy Smith
215 W Gilbert St
Henrietta, TX 76365

INMATE CORRESPONDENCE
CLAY COUNTY TEXAS
DETENTION CENTER

Office of
Clerk of the U.S. District Court
501 W. Tenth St. Rm 310
Ft Worth, TX 76102

LEGAL