IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| JEREMY JACE SMITH, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 7:23-cv-053-O |
| | § | |
| JEFFREY C. LYDE, et al., | § | |
| | § | |
| Defendants. | § | |

## JUDGMENT

This action came on for consideration and Plaintiff's whereabouts being unknown to the Court,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff's complaint is **DISMISSED** without prejudice.

The **Clerk of Court** shall transmit copies of this Judgment and the Order Dismissing Case to Plaintiff at his last known address.

**SIGNED** this **9th day** of **December, 2024**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE